FILED

MAY 30 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY B. CROZIER, NEVA M. CROZIER, and FLATHEAD COUNTY, a political subdivision of the State of Montana,<br><br>Defendants. | CV 19–46–M–DLC<br><br>ORDER |

Before the Court is the United States' Notice of Dismissal Pursuant to Rule 41(a)(1). (Doc. 10.) No Defendant has "serve[d] either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, IT IS ORDERED that the above-captioned cause is DISMISSED WITHOUT PREJUDICE.

DATED this 30th day of May, 2019.

Dana L. Christensen, Chief Judge
United States District Court

1